IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER HOWARD WHITE, | ) | |
| Plaintiff(s), | ) | No C 07-0638 VRW (PR) |
| vs. | ) | ORDER |
| CHARLES LEE, et al, | ) | (Docs # 70 & 74) |
| Defendant(s). | ) | |

    Good cause shown, plaintiff's motion (doc # 74) for an extension of time to file an opposition to defendant Pompan's motion to dismiss for failure to exhaust administrative remedies is GRANTED. Plaintiff shall file an opposition by no later than January 18, 2008, and defendant Pompan shall file a reply to any opposition within 15 days of its filing.

    Prison officials are requested to provide plaintiff reasonable access to the law library and to legal materials so that he may comply with the court's January 18, 2008 deadline and future deadlines.

    Plaintiff's motion (doc # 70) for an order compelling discovery from a non-party pursuant to Federal Rule of Civil Procedure 37(a) is DENIED. Plaintiff has not shown that the information withheld by the Medical Board of California is "not privileged." Fed R Civ P 26(b)(1).

    SO ORDERED.

VAUGHN R WALKER  
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\White, W1.or3.wpd