1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

WALTER HOWARD WHITE,         )
                             )
        Plaintiff(s),        )   No C 07-0638 VRW (PR)
                             )
   vs.                       )   ORDER
                             )
CHARLES LEE, et al,          )
                             )
        Defendant(s).        )
_____ )

15
16   Per order filed on February 12, 2008, the court set deadlines for plaintiff to
17   file oppositions to the various dispositive motions defendants have filed in this
18   matter.  Defendants shall file a reply to any opposition within 15 days of receipt.
19   SO ORDERED.

20
                                     _____
21                                   VAUGHN R WALKER
                                     United States District Chief Judge
22
23
24
25
26
27
28   G:\PRO-SE\VRW\CR.07\White, W1.or7.wpd